1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   GONZALO GARCIA RUELAS,            Case No.: 3:25-cv-02798-BTM-BJW
12              Petitioner,            **ORDER ON JOINT MOTION TO DISMISS**
13          v.
14   CHRISTOPHER J. LAROSE; et al.,
15              Respondents.
16
17
18       Having considered the parties' Joint Motion to Dismiss, and finding good cause
19   therefor, the Joint Motion is hereby **GRANTED** and the above-captioned case is
20   hereby dismissed without prejudice. The Clerk of the Court is directed to close this
21   case.
22       **IT IS SO ORDERED.**
     Dated:  October 29, 2025
23
24                                    Honorable Barry Ted Moskowitz
                                      United States District Judge
25
26
27
28